EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

RONALD G. JOHNSON
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 20 2002

at 3 o'clock and ___ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                            )<br>            Plaintiff,       )<br>                            )<br>     vs.                    )<br>                            )<br>WILLIAM H. LINWOOD IV,  (01) )<br>ANTWAIN SALTERS,        (02) )<br>                            )<br>            Defendants.     )<br>_____) | CR. NO. CR 02-00270 SOM<br><br>INDICTMENT<br><br>[18 U.S.C. § 1951] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about December 20, 2001, in the District of Hawaii, defendants, WILLIAM H. LINWOOD IV and ANTWAIN SALTERS, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that

term is defined in Title 18, United States Code, Section 1951, in that the defendants, WILLIAM H. LINWOOD IV and ANTWAIN SALTERS, did unlawfully take and obtain personal property consisting of money from the person and presence of a Hawaiiana Hotel employee, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Section 1951.

## COUNT 2

The Grand Jury further charges:

On or about January 13, 2002, in the District of Hawaii the defendants, WILLIAM H. LINWOOD IV and ANTWAIN SALTERS, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendants, WILLIAM H. LINWOOD IV and ANTWAIN SALTERS, did unlawfully take and obtain personal property consisting of money from the person and presence of a Shell Service Station employee, against his will by means of actual and threatened force,

violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Section 1951.

DATED: June 20, 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY


EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii


RONALD G. JOHNSON
Assistant U.S. Attorney


United States v. William H. Linwood IV, et al.
Cr. No.
"INDICTMENT"