EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: 541-2850
Facsimile: 541-2958
E-mail: ron.johnson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 1 2003

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 02-0270 SOM |
| Plaintiff, | INFORMATION |
| vs. | 18 U.S.C. § 1951 |
| WILLIAM H. LINWOOD IV, (01) ANTWAIN SALTERS, (02) | |
| Defendants. | |

**INFORMATION**

(18 U.S.C. § 1951)

The United States Attorney charges that:

On or about January 13, 2002, in the District of Hawaii, the defendants WILLIAM H. LINWOOD IV and ANTWAIN SALTERS did unlawfully, knowingly, and willfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United

States Code, Section 1951, in that the defendants did unlawfully, knowingly, and willfully take and obtain personal property consisting of money from the person and in the presence of E.H., who was an employee of Shell Service Station which was engaged in commerce, against his will by means of actual and threatened force, violence, and fear of injury, immediate and future, to his person.

All in violation of Title 18, United States Code, Section 1951.

DATED: Feb. 21, 2003 , at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

UNITED STATES v. William H. Linwood IV (01), Antwain Salters (02)
Cr. No. 02-00270 SOM    (Information)